IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:13CR463 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| MARCO DELGADO-RUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Matt Saathoff, as a Criminal Justice Act Training Panel Member, to assist in the defense of Marco Delgado-Ruiz.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Matt Saathoff is hereby assigned to assist the AFPD Julie B. Hansen in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Matt Saathoff shall not be eligible to receive compensation for his services in this case.

AFPD Julie B. Hansen shall continue to be primary counsel on behalf of the Defendant, Marco Delgado-Ruiz.

Dated: December 18, 2013

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge