IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MARCO DELGADO-RUIZ,<br><br>                  Defendant. | 8:13CR463<br><br>**ORDER** |

This matter is before the court on defendant's UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [20]. The record shows that this deadline expired on January 8, 2014. Trial in this matter was set on January 9, 2014. The court finds that the defendant has not shown good cause for extending the deadline as the information set forth in the motion would have been known to the defendant and counsel before January 8, 2014.

      IT IS ORDERED:

      1.      Defendant's UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [20] is denied.

      2.      Trial of this matter remains scheduled for February 10, 2014 at 8:30 a.m. before Judge Bataillon.

      Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Friday, January 24, 2014.

      Dated this 17th day of January, 2014.

                                                        BY THE COURT:

                                                        s/ F.A. Gossett, III<br>                                                       United States Magistrate Judge