IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARCO DELGADO-RUIZ,<br><br>　　　　　　　　　Defendant. | 8:13CR463<br><br>**ORDER** |

This matter is before the court on defendant's UNOPPOED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [27].   The record shows that this motion states, in part, the same reasons for requesting a continuance as the previous Motion to Extend Time [20].  The court finds that the defendant has not shown good cause for extending the deadline.

　　　IT IS ORDERED:

　　　Defendant's UNOPPOED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [27] is denied.

　　　Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Monday, March 17, 2014.


　　　Dated this 11th day of March, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge